# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br>vs.<br><br>JUAN MANUEL LOPEZ-CALDERON (1)<br><br>                            Defendant. | Case No. 13CR4343-MMA<br><br>13CR4343MMA<br><br>JUDGMENT OF DISMISSAL |

**FILED**
APR - 5 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

The Court has granted the motion of the Government for dismissal of the offense as charged in the Indictment: 8 USC 1326 – Attempted Reentry of Removed Alien.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 4/1/2016

_____
Hon. Michael M. Anello
United States District Judge